**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BENJAMIN JOHNS**                                                          **PLAINTIFF**

**V.**                          **No. 3:26-CV-00033-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                            **DEFENDANT**

## JUDGMENT

Consistent with today's Order, this case is DISMISSED with prejudice.

Judgment is entered in favor of Defendant.

Dated 20 July 2026.

_____
UNITED STATES MAGISTRATE JUDGE